IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GUILLERMO ALEXANDER ULLOA, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:15cv0128 (AJT/JFA)<br>) |
| MOSES HOUSEIN, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## **ORDER**

This matter is before the Court on the Proposed Findings of Fact and Recommendations [Doc. No. 14] of the Magistrate Judge recommending that default judgment be entered in favor of Guillermo Alexander Ulloa, Carlos Palacios, Ruben Alexis Rivera, Enrique Alvarenga, and Hill Antonio Castillo ("plaintiffs") and against Moses Housein and Moses Construction Company, LLC ("defendants") under Count 1 for failure to pay minimum and overtime wages in violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* The Magistrate Judge also advised the parties that objections must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. The Court has conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge in their entirety. Accordingly, it is hereby

ORDERED that plaintiffs' Motion for Default Judgment Against Defendants Moses Housein and Moses Construction Company, LLC [Doc. No. 12] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered in favor of the plaintiffs in following amounts: **$2,694.00** for attorney's fees and costs; **$5,462.00** in favor of

Guillermo Alexander Ulloa; $4,822.00 in favor of Carlos Palacios; $4,182.00 in favor of Ruben Alexis Rivera; $3,542.00 in favor of Enrique Alvarenga; $4,822.00 in favor of Hill Antonio Castillo; all against the defendants Moses Housein and Moses Construction Company, LLC, jointly and severally.

The Clerk is directed to enter judgment in accordance with Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to defendants at the address provided below.

Moses Construction Company, LLC
c/o Registered Agent Moses Housein
3101 S. Manchester Street, #707
Falls Church, Virginia 22044

Moses Housein
3101 S. Manchester Street, #707
Falls Church, Virginia 22044

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 5, 2016